# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Adde M.S.,

Civil No. 19-cv-1898 (MJD/TNL)

Petitioner,

v.

**ORDER**

William P. Barr, et al.,

Respondents.

This matter is before the Court on the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated February 20, 2020 (Doc. No. No. 17). Respondents have filed objections to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.2(b). Based upon that review, the Court will adopt the Report and Recommendation in its entirety.

**IT IS HEREBY ORDERED** that:

1. Petitioner's Petition for Writ of Habeas Corpus (Doc. No. 1) is **GRANTED IN PART** and **DENIED IN PART** as set forth herein.

2. Petitioner's request for immediate release is **DENIED**.

3. The Federal Respondents' request to dismiss all respondents but Field Office Director Berg is **DENIED**.

4. An Immigration Judge shall provide Petitioner with a bond hearing within 30 days. At the bond hearing, the Immigration Judge shall make an individualized determination regarding whether Petitioner's detention is necessary to protect the community and/or to prevent Petitioner from fleeing.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date: March 24, 2020

s/ Michael J. Davis
Michael J. Davis
United States District Court